IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DANIEL REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-155 |
| | ) | |
| MARC ELIAS and DEMOCRATIC NATIONAL COMMITTEE, | ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff filed this case in the Southern District of Georgia even though the named Defendants are located in Washington, D.C., and the events in Plaintiff's complaint allegedly occurred at the Georgia State Election Board in Atlanta, Georgia.  (See doc. no. 1.)  As the Georgia State Election Board is located in Fulton County in the Northern District of Georgia, the proper venue is the Atlanta Division of the Northern District of Georgia.  28 U.S.C. § 1391(b).  In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Northern District of Georgia, Atlanta Division.  28 U.S.C. § 1406(a).  The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 12th day of September, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA